Molly C. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
Phone: 277-5400
Fax:   277-9896
Email: molly@dillonfindley.com

Attorneys for Defendant
Alaska State Employees Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JAIME TYLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STATE OF ALASKA, ALASKA | ) |
| STATE EMPLOYEES ASSOCIATION | ) |
| (ASEA) LOCAL 52, AFL-CIO, | ) |
| JAMES TRAVLINE, and | ) |
| OMAR SUTHERLAND, | ) |
| | ) |
| Defendants. | )   Case No. 3:19-cv-00039-JWS |

**ALASKA STATE EMPLOYEES ASSOCIATION'S ANSWER
TO AMENDED COMPLAINT WITH JURY DEMAND**

Defendant Alaska State Employees Association ("ASEA"), by and through its attorneys, Dillon & Findley, P.C., hereby answers the First Amended Complaint as follows:

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 1 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 1 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

# I. JURISDICTION AND PARTIES.

1. Paragraph 1 is not directed to the ASEA, and no response is required. To the extent a response is required, ASEA states only that the Amended Complaint contains allegations that include violations of the Family Medical Leave Act, the Civil Rights Act, and for statutory and common law claims under Alaska state law. Any and all remaining allegations in paragraph 1 are denied.

2. Paragraph 2 is not directed at the ASEA, and no response is required. To the extent a response is required, denied.

3. In response to the allegations in paragraph 3, denied.

4. Paragraph 4 is not directed at the ASEA, and no response is required. To the extent a response is required, denied.

5. Paragraph 5 is not directed at the ASEA, and no response is required. To the extent a response is required, admit.

6. Paragraph 6 is not directed at the ASEA, and no response is required. To the extent a response is required, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 2 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 2 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

7. Paragraph 7 is not directed at the ASEA, and no response is required. To the extent a response is required, the ASEA admits only that Jaime Tyler, at times, worked as an employee of the State of Alaska. Any and all remaining allegations in paragraph 7 are denied.

8. In response to paragraph 8, the ASEA states that Jaime Tyler was a member of the ASEA when she worked for the State of Alaska in 2018. Any and all remaining allegations in paragraph 8 are denied.

9. Paragraph 9 is not directed at the ASEA, and no response is required. To the extent a response is required, the ASEA is without information to admit or deny the exact location of the events described in the Amended Complaint and denies the same.

10. The allegations in paragraph 10 are legal conclusions and no response is required. To the extent a response is required, denied.

**II. VENUE.**

11. The allegations in paragraph 11 are legal conclusions and no response is required. To the extent a response is required, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 3 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

**III. FACTS.**

12. The allegations in paragraph 12 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent paragraph 12 includes allegations against the ASEA, denied.

13. The allegations in paragraph 13 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent paragraph 13 includes allegations against the ASEA, denied.

14. The allegations in paragraph 14 include legal conclusions, are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 14 is required, denied.

15. The allegations in paragraph 15 are not directed to the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 15 is required, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 4 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

16. The allegations in paragraph 16 are not directed to the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 16 is required, denied.

17. The allegations in paragraph 17 are not directed to the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 17 is required, denied.

18. The allegations in paragraph 18 are not directed to the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 18 is required, denied.

19. The allegations in paragraph 19 are not directed to the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 19 is required, denied.

20. The allegations in paragraph 20 are not directed at the ASEA, and include allegations about which the ASEA does not

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 5 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

have knowledge or information. As such, no response is required. To the extent a response to paragraph 20 is required, denied.

21. The allegations in paragraph 21 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 21 is required, denied.

22. The allegations in paragraph 22 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 22 is required, denied.

23. The allegations in paragraph 23 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 23 is required, denied.

24. The allegations in paragraph 24 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 6 of 30

required. To the extent a response to paragraph 24 is required, denied.

25. The allegations in paragraph 25 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 25 is required, denied.

26. The allegations in paragraph 26 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 26 is required, denied.

27. The allegations in paragraph 27 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge and information. As such, no response is required. To the extent a response to paragraph 27 is required, denied.

28. The allegations in paragraph 28 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 28 is required, denied.

29. The allegations in paragraph 29 are not directed at the ASEA, and include allegations about which the ASEA does not

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 7 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

have knowledge or information. As such, no response is required. To the extent a response to paragraph 29 is required, denied.

30. The allegations in paragraph 30 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 30 is required, denied.

31. The allegations in paragraph 31 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 31 is required, denied.

32. The allegations in paragraph 32 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 32 is required, denied.

33. The allegations in paragraph 33 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 33 is required, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 8 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 8 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

34. The allegations in paragraph 34 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 34 is required, denied.

35. The allegations in paragraph 35 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 35 is required, denied.

36. The allegations in paragraph 36 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 36 is required, denied.

37. The allegations in paragraph 37 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 37 is required, denied.

38. The allegations in paragraph 38 are not directed at the ASEA, and include allegations about which the ASEA does not

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 9 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 9 of 30

have knowledge or information. As such, no response is required. To the extent a response to paragraph 38 is required, denied.

39. The allegations in paragraph 39 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 39 is required, denied.

40. The allegations in paragraph 40 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 40 is required, denied.

41. The allegations in paragraph 41 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 41 is required, denied.

42. The allegations in paragraph 42 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 10 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 10 of 30

required. To the extent a response to paragraph 42 is required, denied.

43. The allegations in paragraph 43 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 43 is required, denied.

44. The allegations in paragraph 44 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 44 is required, denied.

45. The allegations in paragraph 45 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 45 is required, denied.

46. The allegations in paragraph 46 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 46 is required, denied.

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 11 of 30

LAW OFFICES
DILLON & FINDLEY
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

47.   The allegations in paragraph 47 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information.   As such, no response is required.   To the extent a response to paragraph 47 is required, denied.

48.   The allegations in paragraph 48 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information.   As such, no response is required.   To the extent a response to paragraph 48 is required, denied.

49.   The allegations in paragraph 49 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information.   As such, no response is required.   To the extent a response to paragraph 49 is required, denied.

50.   The allegations in paragraph 50 are not directed at the ASEA, and no response is required.   To the extent a response to paragraph 50 is required, denied.

51.   The allegations in paragraph 51 are not directed at the ASEA, and no response is required.   To the extent a response to paragraph 51 is required, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 12 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

52. The allegations in paragraph 52 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 52 is required, denied.

53. The allegations in paragraph 53 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 53 is required, denied.

54. The allegations in paragraph 54 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 54 is required, denied.

55. The allegations in paragraph 55 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 55 is required, denied.

56. The allegations in paragraph 56 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 13 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 13 of 30

required. To the extent a response to paragraph 56 is required, denied.

57. The allegations in paragraph 57 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 57 is required, denied.

58. The allegations in paragraph 58 are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent a response to paragraph 58 is required, denied.

59. The allegations in paragraph 59 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent paragraph 59 includes allegations against the ASEA, denied.

60. The allegations in paragraph 60 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information. As such, no response is required. To the extent paragraph 60 includes allegations against the ASEA, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 14 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 14 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

61.  The allegations in paragraph 61 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information.  As such, no response is required.  To the extent paragraph 61 includes allegations against the ASEA, denied.

62.  The allegations in paragraph 62 are denied.

63.  The allegations in paragraph 63 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information.  As such, no response is required.  To the extent paragraph 63 includes allegations against the ASEA, denied.

64.  The allegations in paragraph 64 are denied.

65.  The allegations in paragraph 65 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information.  As such, no response is required.  To the extent paragraph 65 includes allegations against the ASEA, denied.

66.  The allegations in paragraph 66 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information.  As such, no response is required.  To the extent paragraph 66 includes allegations against the ASEA, denied.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

67.   The allegations in paragraph 67 include allegations that are not directed at the ASEA, and include allegations about which the ASEA does not have knowledge or information.  As such, no response is required.  To the extent paragraph 67 includes allegations against the ASEA, denied.

**IV.   FEDERAL CAUSES OF ACTION.**

### COUNT I – AGAINST THE STATE OF ALASKA
### RETALIATION IN VIOLATION OF FMLA

68.   In response to paragraph 67, the ASEA incorporates its responses to paragraphs 1-67.

69.   The allegations in paragraph 69 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 69 is required, denied.

70.   The allegations in paragraph 70 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 70 is required, denied.

71.   The allegations in paragraph 71 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 71 is required, denied.

72.   The allegations in paragraph 72 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 72 is required, denied.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

1
2

**COUNT II – AGAINST THE STATE OF ALASKA**
**VIOLATION OF 42 U.S.C. § 1981**

3
4

73. In response to paragraph 73, the ASEA incorporates its responses to paragraphs 1-72.

5
6
7

74. The allegations in paragraph 74 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 74 is required, denied.

8
9
10
11

75. The allegations in paragraph 75 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 75 is required, denied.

12
13
14

76. The allegations in paragraph 76 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 76 is required, denied.

15
16
17

77. The allegations in paragraph 77 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 77 is required, denied.

18
19
20
21

78. The allegations in paragraph 78 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 78 is required, denied.

22
23
24
25
26

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 17 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

**V.    PENDANT STATE CLAIMS.**

**COUNT III – AGAINST THE STATE OF ALASKA
DISCRIMINATION IN VIOLATION OF AS 18.80.220(a)(1) ON THE BASIS
OF RACE AND SEX – HOSTILE WORK ENVIRONMENT**

79.   In response to paragraph 79, the ASEA incorporates its responses to paragraphs 1-78.

80.   The allegations in paragraph 80 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 80 is required, denied.

81.   The allegations in paragraph 81 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 81 is required, denied.

82.   The allegations in paragraph 82 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 82 is required, denied.

83.   The allegations in paragraph 83 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 83 is required, denied.

84.   The allegations in paragraph 84 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 84 is required, denied.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

85.   The allegations in paragraph 85 are not directed at the ASEA, and no response is required.   To the extent a response to paragraph 85 is required, denied.

86.   The allegations in paragraph 86 are not directed at the ASEA, and no response is required.   To the extent a response to paragraph 86 is required, denied.

**COUNT IV – AGAINST THE STATE OF ALASKA
DISCRIMINATION IN VIOLATION OF AS 18.80.220(a)(1) ON THE
BASIS OF RACE AND SEX – ADVERSE ACTION**

87.   In response to paragraph 87, the ASEA incorporates its responses to paragraphs 1-86.

88.   The allegations in paragraph 88 are not directed at the ASEA, and no response is required.   To the extent a response to paragraph 88 is required, denied.

89.   The allegations in paragraph 89 are not directed at the ASEA, and no response is required.   To the extent a response to paragraph 89 is required, denied.

90.   The allegations in paragraph 90 are not directed at the ASEA, and no response is required.   To the extent a response to paragraph 90 is required, denied.

91.   The allegations in paragraph 91 are not directed at the ASEA, and no response is required.   To the extent a response to paragraph 91 is required, denied.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

92.  The allegations in paragraph 92 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 92 is required, denied.

**COUNT V – AGAINST THE STATE OF ALASKA
DISCRIMINATION IN VIOLATION OF AS 18.80.220(a)(1) ON THE
BASIS OF RACE AND SEX – DISPARATE TREATMENT**

93.  In response to paragraph 93, the ASEA incorporates its responses to paragraphs 1-92.

94.  The allegations in paragraph 94 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 94 is required, denied.

95.  The allegations in paragraph 95 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 95 is required, denied.

96.  The allegations in paragraph 96 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 96 is required, denied.

97.  The allegations in paragraph 97 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 97 is required, denied.

98.  The allegations in paragraph 98 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 98 is required, denied.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

99. The allegations in paragraph 99 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 99 is required, denied.

**COUNT VI – AGAINST THE STATE OF ALASKA**
**DISCRIMINATION IN VIOLATION OF AS 18.80.220(a)(1)**
**ON THE BASIS OF DISABILITY**

100. In response to paragraph 100, the ASEA incorporates its responses to paragraphs 1-99.

101. The allegations in paragraph 101 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 101 is required, denied.

102. The allegations in paragraph 102 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 102 is required, denied.

103. The allegations in paragraph 103 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 103 is required, denied.

104. The allegations in paragraph 104 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 104 is required, denied.

105. The allegations in paragraph 105 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 105 is required, denied.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

106. The allegations in paragraph 106 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 106 is required, denied.

107. The allegations in paragraph 107 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 107 is required, denied.

108. The allegations in paragraph 108 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 108 is required, denied.

109. The allegations in paragraph 109 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 109 is required, denied.

110. The allegations in paragraph 110 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 110 is required, denied.

111. The allegations in paragraph 111 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 111 is required, denied.

112. The allegations in paragraph 112 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 112 is required, denied.

113. The allegations in paragraph 113 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 113 is required, denied.

**COUNT VII – AGAINST DEFENDANTS JAMES TRAVELINE
AND OMAR SUTHERLAND – ASSAULT AND BATTERY**

114. In response to paragraph 114, the ASEA incorporates its responses to paragraphs 1-113.

115. The allegations in paragraph 115 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 115 is required, denied.

116. The allegations in paragraph 116 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 116 is required, denied.

117. The allegations in paragraph 117 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 117 is required, denied.

118. The allegations in paragraph 118 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 118 is required, denied.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 23 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 23 of 30

**COUNT VIII – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
AGAINST DEFENDANTS STATE OF ALASKA, JAMES TRAVELINE
AND OMAR SUTHERLAND**

119. In response to paragraph 119, the ASEA incorporates its response to paragraphs 1-118.

120. The allegations in paragraph 120 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 120 is required, denied.

121. The allegations in paragraph 121 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 121 is required, denied.

122. The allegations in paragraph 122 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 122 is required, denied.

123. The allegations in paragraph 123 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 123 is required, denied.

124. The allegations in paragraph 124 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 124 is required, denied.

125. The allegations in paragraph 125 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 125 is required, denied.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

**COUNT IX – INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE – AGAINST JAMES TRAVELINE AND OMAR SUTHERLAND**

126. In response to paragraph 126, the ASEA incorporates its responses to paragraphs 1-125.

127. The allegations in paragraph 127 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 127 is required, denied.

128. The allegations in paragraph 128 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 128 is required, denied.

129. The allegations in paragraph 129 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 129 is required, denied.

130. The allegations in paragraph 130 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 130 is required, denied.

131. The allegations in paragraph 131 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 131 is required, denied.

132. The allegations in paragraph 132 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 132 is required, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 25 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 25 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

133. The allegations in paragraph 133 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 133 is required, denied.

**COUNT X – AGAINST THE STATE OF ALASKA – BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING / CONSTRUCTIVE DISCHARGE**

134. In response to paragraph 134, the ASEA incorporates its responses to paragraphs 1-133.

135. The allegations in paragraph 135 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 135 is required, denied.

136. The allegations in paragraph 136 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 136 is required, denied.

137. The allegations in paragraph 137 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 137 is required, denied.

138. The allegations in paragraph 138 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 138 is required, denied.

139. The allegations in paragraph 139 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 139 is required, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 26 of 30

LAW OFFICES

**DILLON & FINDLEY**

A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

**COUNT XI – BREACH OF THE DUTY OF FAIR REPRESENTATION
AGAINST DEFENDANTS STATE OF ALASKA AND ASEA**

140. In response to paragraph 140, the ASEA incorporates its responses to paragraphs 1-139.

141. The ASEA denies the allegations in paragraph 141.

142. The ASEA denies the allegations in paragraph 142.

143. The ASEA denies the allegations in paragraph 143.

144. The allegations in paragraph 144 are legal conclusions to which no response is required.  If a response to paragraph 144 is required, denied.

145. The ASEA denies the allegations in paragraph 145.

146. The ASEA denies the allegations in paragraph 146.

147. The ASEA denies the allegations in paragraph 147.

**COUNT XII – RETALIATION FOR REPORTING IN
VIOLATION OF AS 18.80.220(a)(3)**

148. In response to paragraph 148, the ASEA incorporates its responses to paragraphs 1-147.

149. The allegations in paragraph 149 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 149 is required, denied.

150. The allegations in paragraph 150 are not directed at the ASEA, and no response is required.  To the extent a response to paragraph 150 is required, denied.

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 27 of 30

151. The allegations in paragraph 151 are not directed at the ASEA, and no response is required. To the extent a response to paragraph 151 is required, denied.

**RESPONSE TO GENERAL REQUEST FOR DAMAGES AND PRAYER FOR RELIEF**

Jaime Tyler is not entitled to damages and relief against the ASEA.

**AFFIRMATIVE DEFENSES**

1. Jaime Tyler has failed to state a claim upon which relief can be granted.

2. Jaime Tyler's claims are barred by unclean hands and/or other inequitable conduct.

3. Jaime Tyler has failed to mitigate her damages.

4. Jaime Tyler has failed to exhaust administrative remedies.

5. Jaime Tyler's claims are barred by waiver and estoppel.

6. Jaime Tyler's claims are barred by the doctrine of laches.

7. ASEA asserts all defenses in Federal Civil Rule 12.

8. This Court does not have jurisdiction over the claims asserted by Jaime Tyler.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

9.   The ASEA reserves its right to assert further defenses and claims pending discovery and investigation in this case.

**REQUEST FOR RELIEF**

1.   For judgment in favor of the ASEA and against Jaime Tyler, dismissing her claims with prejudice;

2.   For judgment awarding ASEA costs, attorney's fees and interest incurred in this action; and

3.   For such other relief as this Court deems just and proper.

DATED this 5th day of April 2019, at Anchorage, Alaska.

DILLON & FINDLEY, P.C.
Attorneys for Defendant
Alaska State Employees Association


By: s/Molly C. Brown
    Molly C. Brown, ABA No. 0506057
    1049 W. 5th Avenue, Suite 100
    Anchorage, Alaska  99501
    Phone:  277-5400
    Fax:    277-9896
    Email:  molly@dillonfindley.com

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 29 of 30

Case 3:19-cv-00039-JWS   Document 11   Filed 04/05/19   Page 29 of 30

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019 a copy of the foregoing ASEA's Answer to Amended Complaint With Jury Demand was served electronically through the CM/ECF system on Sara L. Bloom and Siobhan McIntyre; and


Served via First Class Mail on:

Omar Sutherland
1115 21st Avenue
Fairbanks, AK  99701

James Travline
569 Beacon Road
Fairbanks, AK  99712


s/Molly C. Brown
_____

ASEA'S ANSWER TO AMENDED COMPLAINT WITH JURY DEMAND
*Jaime Tyler v. State of Alaska, et al.*
Case No. 3:19-cv-00039-JWS
Page 30 of 30