Law Offices of Sara L. Bloom
1120 Huffman Rd.  Ste 24-785
Anchorage, AK  99515
(907) 519-3613
f(907) 345-8570
sara@907lawyer.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JAIME TYLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:19-cv-00039-JWS |
| v. | ) |
| | ) |
| STATE OF ALASKA, ALASKA STATE EMPLOYEES ASSOCIATION (ASEA) LOCAL 52, AFL-CIO, JAMES TRAVLINE, AND OMAR SUTHERLAND, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**JOINT STIPULATION OF DISMISSAL**

The parties, by and through their respective counsel of record, hereby give notice to the Court that they have reached a settlement agreement in this matter. As such, the parties wish to dismiss this entire case with prejudice. Each party will be responsible for their respective attorney's fees and costs.

DATED this 27th day of February, 2020, at Anchorage, Alaska.

LAW OFFICES OF SARA L. BLOOM
Attorney for Plaintiff

By: /s *Sara L. Bloom*
    Sara L. Bloom
    Alaska Bar No. 1509071
    Attorney for Plaintiff Jaime Tyler

Attorneys for Defendants

By: /s *Molly Brown*
    Molly Brown
    Alaska Bar No. 0506057
    Attorney for ASEA

By: /s *Siobhan McIntyre*
    Siobhan McIntyre
    Alaska Bar No. 1206050
    Attorney for State of Alaska

By: /s *Foster Wallace*
    Foster Wallace
    Alaska Bar No. 921115
    Attorney for James Travline

By: /s *Jason Weiner*
    Jason Weiner
    Alaska Bar No. 9906031
    Attorney for Omar Sutherland

**JOINT STIPULATION OF DISMISSAL**
*Jaime Tyler v. State of Alaska, et al.*, Case No. 3:19-cv-00039-JWS     Page 2 of 2
Case 3:19-cv-00039-JWS    Document 37    Filed 02/27/20    Page 2 of 2